08 FEB 13 PM 5:07

BY: PDL          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    '08 CR 0369   JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | INDICTMENT |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| CHEONG SAU WONG (1), XU JUN LEE (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ming Zhou Zhu, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

JDM:nlv:Imperial
2/12/08

Count 2

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liangneng Jiang, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yuhai Wang, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 4

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xuzai Dong, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

Count 5

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liqiu Lin, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney