```
 1  AL SMITHSON, Esq.
    830 23rd Street
 2  San Diego, California 92102

 3  (619) 234-8729

 4  Attorney State Bar No. 51611

 5  Attorney for Material Witnesses:
    MING ZHOU ZHU
 6  LIANGNENG JIANG
    YUHAI WANG
 7  XUZAI DONG
    LIQIU LIN
 8

 9

10               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
11                (Honorable RUBEN B. BROOKS)

12  UNITED STATES OF AMERICA,     ) CRIMINAL CASE   08CR0369-JLS
                                  ) MAGISTRATE CASE 08MJ8096-PCL
13                                )    DATE: March 13, 2008
                                  )    TIME: 9:00 A.M.
14         Plaintiff,              )    COURTROOM B
                                  )
15  v.                            ) NOTICE OF MOTION
                                  ) AND MOTION FOR ORDER
16  CHEONG SAU WONG,              ) SETTING VIDEO DEPOSITION
    XU JUN LEE                    ) OF MATERIAL WITNESSES
17                                ) MING ZHOU ZHU
                                  ) LIANGNENG JIANG
18                                ) YUHAI WANG
                                  ) XUZAI DONG
19                                ) LIQIU LIN
                                  )
20         Defendants.            )
                                  )
21  _____)

22      TO: ALL NAMED PARTIES AND THEIR ATTORNEYS and ASSISTANT UNITED

23  STATES ATTORNEY, Attorney for Plaintiff, THE UNITED STATES.

24      PLEASE TAKE NOTICE that on Thursday, March 13, 2008 at 9:00

25  A.M. in the Courtroom of the Honorable RUBEN B. BROOKS, or as soon

26  thereafter as counsel may be heard, the material witnesses, MING

27  ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG, and LIQIU LIN, by

28  //////
```

and through counsel, AL SMITHSON, will bring the above entitled motion.

**MOTION**

The material witnesses, MING ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG, and LIQIU LIN, by and through counsel, AL SMITHSON, and pursuant to Rule 15(a) of the Federal Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144, moves for an order to secure a video deposition of testimony of these material witnesses pending trial, and for an Order for release from custody immediately thereafter.

This motion will be made on the grounds that these witnesses are unable to meet any condition of release and that their testimony can be adequately secured by deposition and that detention is not necessary to prevent a failure of justice and that further detention imposes a severe hardship on the witnesses and their families.

This motion will be based upon the Declaration of Attorney AL SMITHSON, the Memorandum of Points and Authorities in support of this motion, and all documents and records on file herein, and upon such oral testimony as the Court may deem proper.

DATED: February 26, 2008

/s/ Al Smithson
AL SMITHSON, Attorney for
MING ZHOU ZHU
LIANGNENG JIANG
YUHAI WANG
XUZAI DONG
LIQIU LIN