```
 1 | AL SMITHSON, Esq.
   | 830 23rd Street
 2 | San Diego, California 92102
 3 | (619) 234-8729
 4 | Attorney State Bar No. 51611
 5 | Attorney for Material Witnesses:
   | MING ZHOU ZHU
 6 | LIANGNENG JIANG
   | YUHAI WANG
 7 | XUZAI DONG
   | LIQIU LIN
 8 |
 9 |
10 |            UNITED STATES DISTRICT COURT
   |           SOUTHERN DISTRICT OF CALIFORNIA
11 |            (Honorable RUBEN B. BROOKS)
12 | UNITED STATES OF AMERICA,     ) CRIMINAL CASE   08CR0369-JLS
   |                               ) MAGISTRATE CASE 08MJ8096-PCL
13 |                               )    DATE: March 13, 2008
   |                               )    TIME: 9:00 A.M.
14 |         Plaintiff,            )    COURTROOM B
   |                               )
15 | v.                            )
   |                               )
16 | CHEONG SAU WONG               ) PROOF OF SERVICE
   | XU JUN LEE                    )
17 |                               )
   |                               )
18 |         Defendants.           )
   | _____)
19 |
20 |                        I.
21 |                    INTRODUCTION
22 |    I, the undersigned, state:
23 |    That I am over eighteen years of age, a resident of the County
24 | of San Diego, State of California, and not a party in the within
25 | action;
26 |    That my business address is: 830 23rd Street, San Diego,
27 | California 92102;
28 |    That I served the NOTICE OF MOTION and MOTION FOR VIDEOTAPE
```

1  **DEPOSITION OF MATERIAL WITNESSES; DECLARATION OF ATTORNEY IN**
2  **SUPPORT OF MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESSES;**
3  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR**
4  **SETTING VIDEOTAPE DEPOSITION OF MATERIAL WITNESSES and the Proposed**
5  **Order on counsel involved in this matter. These documents have been**
6  **served on counsel of record and the AUSA via the Court's email**
7  **notification system.**
8      I certify under penalty of perjury that the foregoing is true
9  and correct.   Executed on February 26, 2008, at San Diego,
10 California.

12              /s/ Al Smithson
                AL SMITHSON, Attorney
13              For Material Witnesses

2