```
 1  AL SMITHSON, Esq.
    830 23rd Street
 2  San Diego, California 92102

 3  (619) 234-8729

 4  Attorney State Bar No. 51611

 5  Attorney for Material Witnesses:
    MING ZHOU ZHU
 6  LIANGNENG JIANG
    YUHAI WANG
 7  XUZAI DONG
    LIQIU LIN
 8

 9
                    UNITED STATES DISTRICT COURT
10                 SOUTHERN DISTRICT OF CALIFORNIA
11                    (Honorable RUBEN B. BROOKS)

12  UNITED STATES OF AMERICA,      ) CRIMINAL CASE    08CR0396-JLS
                                   ) MAGISTRATE CASE 08MJ8096-PCL
13                                 )    DATE: March 13, 2008
                                   )    TIME: 9:00 A.M.
14          Plaintiff,              )
                                   )    DECLARATION OF ATTORNEY
15  v.                             )    AL SMITHSON IN SUPPORT
                                   )    OF MOTION FOR ORDER
16  CHEONG SAU WONG,               )    SETTING VIDEO DEPOSITION
    XU JUN LEE                     )    OF MATERIAL WITNESSES
17                                 )    MING ZHOU ZHU
                                   )    LIANGNENG JIANG
18                                 )    YUHAI WANG
                                   )    XUZAI DONG
19                                 )    LIQIU LIN
                                   )
20          Defendants.            )
    _____)
21
22                                  I.
23                             INTRODUCTION
24      I, AL SMITHSON, declare that I am an attorney, duly licensed
25  to practice law in the State of California and in the United States
26  District Court for the Southern District of California;
27      I am making this declaration on behalf of the material
28  witnesses, MING ZHOU ZHU, LIANGNENG JIANG, YUHAI WANG, XUZAI DONG
```

1  and LIQIU LIN, who were arrested on or about January 29, 2008, and
2  have remained in custody since that date.
3      The material witnesses have no friends, neighbors, or
4  acquaintances in the United States who can qualify as an
5  acceptable surety to accommodate their release from custody.
6      The material witnesses will have been in custody for 45 days
7  as of the hearing date of this motion. All of them are under the
8  age of 29. To continue to remain in custody imposes an extreme
9  hardship on the material witnesses and on their families.
10     In view of these facts, material witnesses MING ZHOU ZHU,
11 LIANGNENG JIANG, YUHAI WANG, XUZAI DONG and LIQIU LIN seek an Order
12 for a video deposition from this Court. I have fully explained the
13 procedures involved in this deposition process and received their
14 promise of full cooperation in the video deposition process.
15     I am unaware of any reason why these witnesses should not be
16 released from custody in this case after the video deposition
17 pursuant to Rule 15 (a) of the Federal Rules of Criminal Procedure,
18 and am further unaware of the existence of a statement of such
19 reason by any other attorney on this case.
20     I believe it would be in the interests of justice to allow the
21 testimony of these material witnesses in question to be secured by
22 video deposition and to thereafter release the material witnesses
23 to prevent them from suffering custody any longer than necessary in
24 order to further justice in this case.
25 ////
26 ////
27 ////
28

```
 1  I declare under penalty of perjury that the foregoing is true and
 2  correct.
 3  DATED: February 26, 2008.
 4              /s/ Al Smithson
                AL SMITHSON, Attorney for Material Witnesses
 5              MING ZHOU ZHU
                LIANGNENG JIANG
 6              YUHAI WANG
                XUZAI DONG
 7              LIQIU LIN
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```