**STEVEN E. FELDMAN**, SBN 56979
LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
San Diego, CA  92102
(619) 232-8649

Attorney for Defendant **XU JUN LEE**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS M. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 08CR0369 JLS |
| )  Plaintiff,                       ) | **NOTICE OF JOINDER** |
| v.                                  ) | |
| XU JUN LEE                          ) | |
| )  Defendant.                       ) | |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY, and DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that defendant, Xu Jun Lee, by and through his attorney, Steven E. Feldman, hereby joins co-defendant Cheong Sau Wong's motion to:

1. Dismiss the Indictment due to misinstruction of the Grand Jury.

Respectfully submitted,

Dated: March 10, 2008          s/Steven E. Feldman
                               Attorney for Defendant XU JUN LEE
                               sfeldman77@san.rr.com

Notice of Motion to Join Motions                                            08cr0369JLS
U.S.A. v. XU JU LEE