# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>XU JUN LEE<br><br>      Defendant. | Criminal Case No. 08CR0369 JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN E. FELDMAN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**NOTICE OF JOINDER OF MOTION TO DISMISS INDICTMENT FILED BY CHEONG SAU WONG**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Leila Morgan
   Leila_Morgan@fd.org

**2.** Dale Blankenship, Esq.
   Assistant United States Attorney
   880 Front Street, Room 6293
   San Diego, California 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008        s/Steven E. Feldman
                                            Attorney for Defendant XU JUN LEE
                                            sfeldman77@san.rr.com