1  KAREN P. HEWITT
   United States Attorney
2  A. DALE BLANKENSHIP
   Assistant U.S. Attorney
3  California State Bar No. 235960
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6199/(619) 235-2757 (Fax)
   Email: Dale.Blankenship@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,  )   Criminal Case No. 08CR0369-JLS
   |                            )
11 |             Plaintiff,     )   DATE: March 21, 2008
   |                            )   TIME: 1:30 p.m.
12 |                            )
   |                            )   GOVERNMENT'S NOTICE OF MOTION
13 | CHEONG SAU WONG(1),        )   AND MOTION FOR RECIPROCAL
   | XU JUN LEE(2),             )   DISCOVERY
14 |             Defendants.    )
   | _____)
15
                        NOTICE OF MOTIONS
16
       TO:   Leila Morgan, Esq., Counsel for defendant CHEONG SAU WONG(1),
17           Steven E. Feldman, Esq., Counsel for defendant XU JUN LEE(2).

18
   PLEASE TAKE NOTICE that on Friday, March 21, 2008, at 1:30 p.m., or as soon thereafter as counsel
19
   may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P.
20
   HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney,
21
   will move the court for an order granting the Government's Motion for Reciprocal Discovery.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

## MOTIONS

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED:   March 18, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ A. Dale Blankenship
A. DALE BLANKENSHIP
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Dale.Blankenship@usdoj.gov