1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Leila_Morgan@fd.org

5  Attorneys for Mr. Wong

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE JANIS L. SAMMARTINO)**

11 UNITED STATES OF AMERICA,        )  Case No. 08CR0369
                                    )
12          Plaintiff,              )
                                    )  JOINT MOTION TO CONTINUE
13 v.                               )  DEPOSITIONS OF MATERIAL
                                    )  WITNESS
14 **CHEONG SAU WONG**,             )
                                    )
15          Defendant.              )
                                    )
16 _____  )
                                    )
17

18         Cheong Sau Wong, by and through his attorneys, Leila W. Morgan and Federal Defenders

19 of San Diego, jointly moves with Assistant United States Attorneys A. Dale Blankenship, Counsel

20 for co-defendant Xu Ju Lee, Steven Feldman and Counsel for the material witnesses, Al Smithson,

21 that the depositions for the material witnesses, currently set for April 9, 2008 and April 10, 2008 be

22 continued until April 16, 2008 and April 17, 2008.

23         The parties request this continuance due to defense counsel has a jury trial before the

24 Honorable Marilyn L. Huff in the case of United States v. Salazar-Sandoval, Case No. 08cr0285-H

25 on the dates the hearings are currently scheduled for.

26 //

27 //

28 //

1    For the foregoing reasons, the parties jointly request that the material witness depositions be

2   continued until April 16, 2008 and April 17, 2008.

3                                              Respectfully submitted,

4

5   DATED:  April 7, 2008                      /s/ Leila W. Morgan
                                               **LEILA W. MORGAN**
6                                              Federal Defenders of San Diego, Inc.
                                               Attorneys for Mr. Wong
7                                              Leila_Morgan@fd.org

8

9   DATED:  April 7, 2008                      /s/ A. Dale Blankenship
                                               A. DALE BLANKENSHP
10                                             Assistant United States Attorney

11

12  DATED:  April 7, 2008                      /s/ Steven Feldman
                                               STEVEN FELDMAN
13                                             Attorneys for Xu Jun Lee

14

15  DATED:  April 7, 2008                      /s/ Al Smithson
                                               AL SMITHSON
16                                             Attorneys for Material Witnesses
                                               Ming Zhou Zhu and Liangneng Jiang

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

A. Dale Blakenship
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email:  Dale.Blakenship@usdoj.gov

**Steven E Feldman**
Law Offices of Steven E Feldman
934 23rd Street
San Diego, CA 92102-1914
(619)232-8649
Fax: (619)232-8271
Email: sfeldman77@san.rr.com


**Al Smithson**
Law Office of Al Smithson
830 23rd Street
Ste 208
San Diego, CA 92102-1974
(619)234-8729
Fax: (619)234-8756
Email: alsmithson@cox.net


Dated: April 7, 2008                         ___/s/  Leila W. Morgan_____
                                             LEILA W. MORGAN
                                             Federal Defenders
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             Leila_Morgan@fd.org

3