UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0369-JLS |
| Plaintiff, | |
| v. | |
| **CHEONG SAU WONG**, | ORDER CONTINUING DEPOSITIONS OF MATERIAL WITNESSES |
| Defendant. | |

**UPON JOINT MOTION OF THE PARTIES, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the depositions of material witnesses currently set for April 9, 2008 and April 10, 2008 be continued until April 16, 2008 and April 17, 2008.

**SO ORDERED.**

DATED: April 8, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge