FILED
08 APR 16 PM 4:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0369-JLS |
| Plaintiff, | I N D I C T M E N T |
| v. | **(Superseding)** |
| CHEONG SAU WONG (1), XU JUN LEE (2), | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendants. | |

The grand jury charges:

Count 1

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ming Zhou Zhu, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

ADBL:nlv(1):Imperial
4/14/08

                                Count 2

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ming Zhou Zhu, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

                                Count 3

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ming Zhou Zhu, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

                                Count 4

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liangneng Jiang, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien

for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 5

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liangneng Jiang, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## Count 6

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liangneng Jiang, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//
//

## Count 7

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yuhai Wang, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 8

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yuhai Wang, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## Count 9

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yuhai Wang, had come to, entered and remained in the United States in violation of

1 | law, did transport and move said alien within the United States in
2 | furtherance of such violation of law; in violation of Title 8, United
3 | States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 10

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xuzai Dong, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 11

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xuzai Dong, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

//
//
//

Count 12

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Xuzai Dong, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 13

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liqiu Lin, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 14

On or about January 28, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liqiu Lin, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of

1  entry; in violation of Title 8, United States Code,
2  Section 1324(a)(2)(B)(iii), and Title 18, United States Code,
3  Section 2.

## Count 15

On or about January 29, 2008, within the Southern District of California, defendants CHEONG SAU WONG and XU JUN LEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Liqiu Lin, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
A. DALE BLANKENSHIP
Assistant U.S. Attorney