```
                                            FILED

                                       08 MAY -1 PM 12:22

                                       CLERK, U.S. DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                       BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>CHEONG SAU WONG,<br>XU JUN LEE,<br>    Defendants. | CRIMINAL CASE 08CR0369-JLS<br>MAGISTRATE CASE 08MJ8096-PCL<br><br>STIPULATED<br>ORDER RELEASING<br>MATERIAL WITNESS<br>MING ZHOU ZHI |

On application of Attorney Al Smithson, on behalf of the above-named material witnesses, and good cause appearing:

1. IT IS HEREBY ORDERED that the material witness, MING ZHOU ZHU, heretofore committed to the custody of the United States Marshal as a material witness be released from custody.

DATED: 5/1/2008

_____
UNITED STATES MAGISTRATE JUDGE

SO STIPULATED

Dated: 5/1/2008

_____          _____
Attorney for Material Witness             Attorney for CHEONG SAU WONG

_____          _____
Assistant United States Attorney          Attorney for Defendant XU JUN LEE