```
 1 | LEILA W. MORGAN
   | California Bar No. 232874
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, California  92101-5008
   | Telephone: (619) 234-8467
 4 | Leila_Morgan@fd.org
 5 | Attorneys for Cheong Sau Wong
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0369-JLS |
| Plaintiff, ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. ) | |
| Cheong Sau Wong, ) | |
| Xu Ju Lee ) | |
| Defendant. ) | |

&  Xu Ju Lee

I, Cheong Sau Wong, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is June 20, 2008, at 1:30 p.m. before the Honorable Janis L. Sammartino.

I declare that the foregoing is true and correct.

Dated: 5/5/08         _____
                      Cheong Sau Wong

Dated: 5/5/08         _____
                      Xu Ju Lee

H:\FORMS\ackncd.unn

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

A. Dale Blakenship
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Dale.Blakenship@usdoj.gov

**Steven E Feldman**
Law Offices of Steven E Feldman
934 23rd Street
San Diego, CA 92102-1914
(619)232-8649
Fax: (619)232-8271
Email: sfeldman77@san.rr.com


**Al Smithson**
Law Office of Al Smithson
830 23rd Street
Ste 208
San Diego, CA 92102-1974
(619)234-8729
Fax: (619)234-8756
Email: alsmithson@cox.net



Dated: May 5, 2008              /s/ Leila W. Morgan
                                LEILA W. MORGAN
                                Federal Defenders
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                Leila_Morgan@fd.org