PLEASE RECEIPT AND RETU...

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Cheong Sau Wong, ) <br> Xu Jun Lee ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. __08cr 0369-JLS__ <br> Amended   ORDER  08mj8096 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court))

Ming Zhou Zhi

DATED: __5/1/08__

RECEIVED _____
            DUSM

                    OR

W. SAMUEL HAMRICK, JR.   Clerk
        by
                    Deputy Clerk

                    UNITED STATES DISTRICT/MAGISTRATE JUDGE