UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Cheong Sau Wong,<br>Xu Jun Lee<br><br>Defendant(s) | CRIMINAL NO. 08cr0369-JLS<br><br>Amended ORDER  08mj8096<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Liqiu Lin

DATED: 5/1/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk