FILED

08 MAY -6 PM 1:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE 08CR0369-JLS |
| Plaintiff, | MAGISTRATE CASE 08MJ8096-PCL |
| v. | STIPULATED ORDER RELEASING MATERIAL WITNESS YUHAI WANG |
| CHEONG SAU WONG, XU JUN LEE, Defendants. | |

Pursuant to an Order by U. S. Magistrate Judge RUBEN B. BROOKS, entered on March 13, 2008, to take the Video Deposition of material witness YUHAI WANG and all parties to the matter hereby stipulating that the Video Deposition has been concluded and all parties to the matter hereby stipulating to the release of material witness YUHAI WANG, and good cause appearing:

1. IT IS HEREBY ORDERED that the material witness, YUHAI WANG, heretofore committed to the custody of the United States Marshal as a material witness be released from custody.

DATED: 5/6/2008

_____
UNITED STATES MAGISTRATE JUDGE

**SO STIPULATED**

Dated: 5/6/08

_____
AL SMITHSON
Attorney for Material Witness
YUHAI WANG

Dated: 5/6/2008

_____
LEILA MORGAN
Attorney for CHEONG SAU WONG

Dated: 5/6/08

_____
A. DALE BLANKENSHIP
Assistant United States Attorney

Dated: 5/6/08

_____
STEVEN FELDMAN
Attorney for Defendant XU JUN LEE