```
                              FILED
                         08 MAY -8 PM 4:09
                         CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA

                         BY: q            DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE 08CR0369-JLS |
| ) | MAGISTRATE CASE 08MJ8096-PCL |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATED |
| ) | ORDER RELEASING |
| ) | MATERIAL WITNESS |
| ) | XUZAI DONG |
| CHEONG SAU WONG, ) | |
| XU JUN LEE, ) | |
| Defendants. ) | |
| ) | |

Pursuant to an Order by U. S. Magistrate Judge RUBEN B. BROOKS, entered on March 13, 2008, to take the Video Deposition of material witness XUZAI DONG and all parties to the matter hereby stipulating that the Video Deposition has been concluded and all parties to the matter hereby stipulating to the release of material witness XUZAI DONG, and good cause appearing:

1. IT IS HEREBY ORDERED that the material witness, XUZAI DONG, heretofore committed to the custody of the United States Marshal as a material witness be released from custody.

DATED: 5-8-2008

_____
UNITED STATES MAGISTRATE JUDGE

<u>**SO STIPULATED**</u>

Dated: 5-8-08

*signature*

AL SMITHSON
Attorney for Material Witness
XUZAI DONG

Dated: 5-8-08

*signature*

LEILA MORGAN
Attorney for CHEONG SAU WONG

Dated: 5/8/08

*signature*

A. DALE BLANKENSHIP
Assistant United States Attorney

Dated: 5/8/08

*signature*

STEVEN FELDMAN
Attorney for Defendant XU JUN LEE

2