```
                                        FILED
                                       MAY 8 2008
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>CHEONG SAU WONG,<br>XU JUN LEE,<br>    Defendants. | CRIMINAL CASE 08CR0369-JLS<br>MAGISTRATE CASE 08MJ8096-PCL<br><br>STIPULATED<br>ORDER RELEASING<br>MATERIAL WITNESS<br>LIANGNENG JIANG |

Pursuant to an Order by U. S. Magistrate Judge RUBEN B. BROOKS, entered on March 13, 2008, to take the Video Deposition of material witness LIANGNENG JIANG and all parties to the matter hereby stipulating that the Video Deposition has been concluded and all parties to the matter hereby stipulating to the release of material witness LIANGNENG JIANG, and good cause appearing:

1. IT IS HEREBY ORDERED that the material witness, LIANGNENG JIANG, heretofore committed to the custody of the United States Marshal as a material witness be released from custody.

DATED: 5/8/2008

_____
UNITED STATES MAGISTRATE JUDGE

**SO STIPULATED**

Dated: 5-8-08

*/s/ Al Smithson*
AL SMITHSON
Attorney for Material Witness
LIANGNENG JIANG

Dated: 5/8/2008

*/s/ Leila Morgan*
LEILA MORGAN
Attorney for CHEONG SAU WONG

Dated: 5/8/08

*/s/ A. Dale Blankenship*
A. DALE BLANKENSHIP
Assistant United States Attorney

Dated: 5/8/08

*/s/ Steven Feldman*
STEVEN FELDMAN
Attorney for Defendant XU JUN LEE