UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**AMENDED**

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR369-JLS |
|---|---|---|
| Plaintiff | ) | 08MJ8096 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Cheong San Wong et al, | ) | Booking No. |
| Defendant(s) 5/9/08 | ) | |

On order of the United States District/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Xuzai Dong

DATED: 5/9/08

Ruben B Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
                    Deputy Clerk