1 **LEILA W. MORGAN**
California State Bar No. 232874
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: Leila_Morgan@fd.org

5 Attorneys for Mr. Wong

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0369-JLS |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE MOTION HEARING |
| **CHEONG SAU WONG**, | |
| Defendant. | |

18 Cheong Sau Wong, by and through his attorneys, Leila W. Morgan and Federal Defenders
19 of San Diego, jointly moves with Assistant United States Attorneys A. Dale Blankenship and
20 Counsel for co-defendant Xu Ju Lee, Steven Feldman, that the motion hearing, currently set for June
21 20, 2008 be continued until August 15, 2008.

22 The defendants, Mr. Wong and Mr. Lee are released on bond, and will sign an
23 acknowledgment of the new court date. Further, the parties agree that the time should be excluded
24 under the speedy trial act.

25 //
26 //
27 //
28 //

1   For the foregoing reasons, the parties jointly request that the motion hearing be continued
2   until August 15, 2008, at 1:30 p.m.

                                            Respectfully submitted,

DATED: June 17, 2008   /s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Wong
Leila_Morgan@fd.org

DATED: June 17, 2008   /s/ *A. Dale Blankenship*
A. DALE BLANKENSHP
Assistant United States Attorney

DATED: June 17, 2008   /s/ *Steven Feldman*
STEVEN FELDMAN
Attorneys for Xu Jun Lee

2

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

A. Dale Blakenship
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Dale.Blakenship@usdoj.gov

**Steven E Feldman**
Law Offices of Steven E Feldman
934 23rd Street
San Diego, CA 92102-1914
(619)232-8649
Fax: (619)232-8271
Email: sfeldman77@san.rr.com

**Al Smithson**
Law Office of Al Smithson
830 23rd Street
Ste 208
San Diego, CA 92102-1974
(619)234-8729
Fax: (619)234-8756
Email: alsmithson@cox.net

Dated: June 17, 2008

   /s/  Leila W. Morgan
LEILA W. MORGAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Leila_Morgan@fd.org