```
 1  LEILA W. MORGAN
    California Bar No. 232874
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  Leila_Morgan@fd.org

 5  Attorneys for Cheong Sau Wong
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08CR0369-JLS |
| Plaintiff, | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. | |
| Cheong Sau Wong, | |
| Xu Ju Lee | |
| Defendant. | |

I, Cheong Sau Wong, hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is August 15, 2008, at 1:30 p.m. before the Honorable Janis L. Sammartino.

I declare that the foregoing is true and correct.

Dated: 6-18-08

Cheong Sau Wong

H:\FORMS\ackncd.unn