# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

A. Dale Blakenship
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Dale.Blakenship@usdoj.gov

**Steven E Feldman**
Law Offices of Steven E Feldman
934 23rd Street
San Diego, CA 92102-1914
(619)232-8649
Fax: (619)232-8271
Email: sfeldman77@san.rr.com

**Al Smithson**
Law Office of Al Smithson
830 23rd Street
Ste 208
San Diego, CA 92102-1974
(619)234-8729
Fax: (619)234-8756
Email: alsmithson@cox.net

Dated: June 19, 2008                    /s/  Leila W. Morgan
                                        LEILA W. MORGAN
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        Leila_Morgan@fd.org